BRUCE J. HAGEL [SBN 63531]
ELIZABETH GADE [SBN 161495]
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISSA HARRISON-HAGIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Jo Anne B. Barnhart,<br><br>Commissioner of Social Security ,<br><br>　　　　Defendant | CASE NO. S-06-0053 GGH<br><br>ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT AND/ OR REMAND ON THE PLEADINGS |

　　　　Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. Section 405(g).  Pending before the Court is plaintiff's stipulated motion for an extension of time, filed on May 30, 2006.

　　　　On January 10, 2006, the court issued a scheduling order which required plaintiff to prosecute this action by either seeking voluntary remand or filing a dispositive motion with 45 days from the date of service of the administrative record by defendant.  The court's records reflect that the administrative record was served on April 14, 2006.  Plaintiff now seeks an extension of time to June 29, 2006, to file a dispositive motion.  Defendant does not oppose the request. Good cause appearing therefore, the request will be granted.  Plaintiff is warned that failure to comply with the court's scheduling order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules.  See Local Rule 11-110.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and

2. Plaintiff shall file a dispositive motion by June 29, 2006.

DATED: 6/2/06

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

Harrison.ord

**OLSON HAGEL & FISHBURN LLP**