Bruce J. Hagel, Esq. CSB 63531
Elizabeth L. Gade, Esq. CSB 161495
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALISSA HARRISON-HAGIN,<br><br>           Plaintiff,<br>      vs.<br>MICHAEL J. ASTRUE,<br>           Defendant | CASE NO: CIV S-**06-0053** GGH<br><br>**ORDER** |
|---|---|

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of Three Thousand and Twenty-Five Dollars ($3,025.00), pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED:    4/23/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

Harrison.ord